[Cite as *01/08/2003 Case Announcements,* 2003-Ohio-12.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *January 8, 2003*

## RECONSIDERATION OF PRIOR DECISIONS

**2001–0748 and 2001–0976.   State ex rel. R.T.G., Inc. v. State.**
Franklin App. No. 98AP–1015, 141 Ohio App.3d 784, 2001-Ohio-4267. Reported at 98 Ohio St.3d 1,

2002-Ohio-6716, 780 N.E.2d 998. On amici motions for leave to file under S.Ct.Prac.R. XI. Motions denied.

MOYER, C.J., dissents.

DOUGLAS, J., participated in the decision of this motion before his retirement.

On motion for reconsideration. Motion denied.

MOYER, C.J., and COOK, J., dissent.

DOUGLAS, J., participated in the decision of this motion before his retirement.